IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re BOBBY MAXWELL,                 No. C 12-04425 YGR (PR)

    Plaintiff.                         **ORDER OF TRANSFER**

_____/

    This action was opened on August 22, 2012, when the Court received from Inmate Bobby Maxwell a letter to the Honorable Thelton E. Henderson that concerned prison conditions. Plaintiff complains about the medical conditions at California State Prison, Los Angeles County in Lancaster ("Lancaster State Prison").

    On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* application. The Court further notified him that this action would be dismissed he if did not submit a complaint on the proper form and a completed *in forma pauperis* application within thirty days.

    Further review of Plaintiff's case reveals that, in addition to failing to submit the proper documents, he has also initiated his civil action in the wrong judicial district. As explained above, Plaintiff complains about the medical conditions at Lancaster State Prison. He alleges that the medical conditions at Lancaster State Prison are worse than Judge Henderson realizes, and that the inmates "cannot get [] adequate treatment because [the prison is] trying to save money . . . ." (Aug. 22, 2012 Letter at 1.)

    Lancaster State Prison is located in the Western Division of the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Western Division of the United States District Court for the Central District of California. The Clerk shall transfer the case forthwith.

1       If he wishes to further pursue this action, Plaintiff must complete the complaint form and *in*
2   *forma pauperis* application required by the Western Division of the United States District Court for
3   the Central District of California and mail them to that district.
4       The Clerk shall also direct an electronic version of Plaintiff's letter and this Order to Judge
5   Henderson.
6       IT IS SO ORDERED.
7   DATED:   September 11, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
For the Northern District of California

G:\PRO-SE\YGR\CR.12\Maxwell4425.TRANSFER.wpd      2